IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>  v.<br><br>NAVJOT AHLUWALIA,<br><br>        Defendant.<br>_____/ | No. C -14-03086 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation filed on July 10, 2014, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: July 10, 2014

                                    ELIZABETH D. LAPORTE
                                    United States Chief Magistrate Judge